IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

GEORGINA MACKIE,

    Plaintiff,
v.                                      CASE NO. 1:07-cv-00098-MP-WCS

MICHAEL J ASTRUE,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 17, Report and Recommendation of the Magistrate Judge, recommending that the decision of the Commissioner, denying benefits, be reversed and this case remanded with instructions to award benefits. The defendant did not object. The Court agrees that the Administrative Law Judge mischaracterized and improperly discounted the medical records of the treating physician, Dr. Lloyd. Rather than providing a provisional diagnosis of fibromyalgia with a conservative course of treatment, Dr. Lloyd immediately and consistently found fibromyalgia and pursued an aggressive course of treatment involving multiple strong medications. Moreover, Dr. Lloyd found objective medical evidence – in the form of muscle spasms and reaction to "trigger points" -- to support the patient's subjective complaints of pain. In short, the treating physician's opinion, built up over 25 visits in less than two years, clearly indicated disabling fibromyalgia. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. The decision of the Commissioner, denying benefits, is reversed and this matter remanded to the Commissioner with instructions to award benefits.

**DONE AND ORDERED** this *11th* day of March, 2008

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge